UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>D. SMITH, et. al.,<br><br>        Defendant. | CV F- 07-0068 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

      Plaintiff is a federal prisoner proceeding pro se and in forma pauperis with a complaint filed on January 16, 2007.  The complaint appears to state cognizable claims for relief against the named defendants.   Accordingly, IT IS HEREBY ORDERED that:

      1.     Service is appropriate for defendants D. Smith, Grant and France.

      2.     The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 16, 2007.

      3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

     a.     Completed summons;

     b.     One completed USM-285 form for each defendant listed above; and

     c.     Four (4) copies of the endorsed complaint filed January 16, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   January 10, 2008**                              **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE