UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HILL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. SMITH, et. al.,<br><br>　　　　　　Defendant. | CV F- 07-0068 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF ACTION<br><br>(Doc. 13) |

Plaintiff Harold Hill ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

---

[1] The United States Postal Service returned the Findings and Recommendations on March 10, 2008 as undeliverable. A notion indicated: Return to Sender - no longer at this facility. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 29, 2008, is adopted in full; and
2. This action is dismissed in its entirety based on plaintiff's failure to obey the court's order of January 10, 2008.IT IS SO ORDERED.

**Dated:   April 7, 2008**             	/s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE